IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-153-3-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SAMUEL GAINES | ) | |

This matter is before the Court on multiple pretrial motions filed by defendant [DE 124 - 131]. In light of the government's failure to respond, each of defendant's motions is ALLOWED.

SO ORDERED, this 18 day of September, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE