IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-153-3BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SAMUEL GAINES | ) | |

For good cause shown, the Court hereby ORDERS that the trial of defendant shall be continued until the January 28, 2013, term of court.

The Court finds that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore any delay caused by this continuance shall be excluded pursuant to 18 U.S.C. 3161(h).

SO ORDERED this the ___ day of October, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE