IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:11-CR-00153-M-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL GAINES,

    Defendant.

ORDER

This matter comes before the court on Defendant's pro se motion [DE 609]. He seeks relief under what he characterizes as a new "841(a)(1) law," arguing that a recent decision from the Fourth Circuit entitles him to a sentence reduction. *Id.* Defendant does not identify which decision he relies on, and the court is unable to independently ascertain as much. Still, even assuming that Defendant successfully attacked the sentence imposed for Count 5, which alleged a violation of 21 U.S.C. 841(a)(1), his global sentence would not change. The 60-month sentence imposed for Count 5 was set to run concurrently with the 72-month sentence for Hobbs Act Robbery. DE 205 at 2. Accordingly, the motion [DE 609] is DENIED.

SO ORDERED this ___25th___ day of August, 2025.

*Richard E. Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE